# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Donald Woods, et al.

v.  Case Number: 4:18−cv−01152

Harris County, Texas, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ewing Werlein, Jr

**PLACE:** Courtroom 11D
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/18/2019

**TIME:** 04:00 PM

**TYPE OF PROCEEDING:** Motion Hearing


Date:   January 11, 2019

David J. Bradley, Clerk