IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Donald Woods, Individually, and on Behalf of the Estate of Danny Ray Thomas; Marketta Chanta Thomas, Individually and on Behalf of the Estate of Danny Thomas; Adenike Raynell Thomas, Individually and on Behalf of the Estate of Danny Ray Thomas Naisha Bell, as Next Friend of M.K. Thomas; Diane Turner, as Next Friend of B.D. Turner; Necole West, as Next Friend of D.R. Thomas (12) Denise Matthews, as Next Friend of D.R. Thomas (3); Ronshell Hampton, as Next Friend of L.N. Hampton,** *Plaintiffs*, <br><br> v. <br><br> **HARRIS COUNTY, TEXAS; CAMERON BREWER** *Defendants*. | CIVIL ACTION NO. 4:18-CV-1152 <br><br> JURY DEMAND |

## DEFENDANT'S NOTICE OF APPEARANCE

Rachel Fraser, Assistant County Attorney, hereby files this Notice of Appearance for Defendants Harris County. Stan Clark will remain attorney-in-charge.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, please direct and serve all pleadings to:

**RACHEL FRASER**
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5383
Facsimile: (713) 755-8924
Rachel.fraser@cao.hctx.net

Respectfully submitted,

/s/ *Rachel Fraser*
**RACHEL FRASER**
Assistant County Attorney
VINCE RYAN
HARRIS COUNTY ATTORNEY
SBN 24079725
Federal Bar No. 2553428
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5383
Facsimile: (713) 755-8924
Rachel.fraser@cao.hctx.net

**ATTORNEY FOR DEFENDANT**
**HARRIS COUNTY**

*/s/ Stan Clark*
**Stan Clark**
Assistant County Attorney
Texas Bar No. 24062666
Federal ID No. 3121992
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5117
Facsimile: (713) 274-8924
Email: stan.clark@cao.hctx.net

**ATTORNEY-IN-CHARGE**
**FOR DEFENDANT HARRIS COUNTY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2020, a true and correct copy of this pleading was delivered via CM/ECF system to all counsel of record.

| | |
|---|---|
| Robert C. Hilliard<br>Marion M Reilly<br>Hilliard Martinez Gonzales LLP<br>719 S. Shoreline Boulevard<br>Corpus Christi, Texas 78401<br>bobh@hmglawfirm.com<br>*Counsel for Plaintiffs* | Richard H. Cobb<br>Attorney At Law<br>1035 Dairy Ashford, Suite 315<br>Houston, Texas  77079<br>rhcobbsr@aol.com<br>*Counsel for Defendant*<br>*Cameron Brewer* |

*/s/ Rachel Fraser*
**Rachel Fraser**