IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Marketta Thomas, on behalf of the Estate of Danny Ray Thomas; Donald Woods, Individually; Adenike Thomas, Individually; Naisha Bell, as Next Friend of M.K. Thomas, Individually; Diane Turner, as Next Friend of B.D. Turner, Individually; Necole West, as Next Friend of D.R. Thomas, (12), Individually; Denise Matthews, as Next Friend of D.R. Thomas, (3), Individually; Ronshell Hampton, as Next Friend of L.N. Hampton, Individually**<br><br>*Plaintiffs,*<br><br>VS.<br><br>**HARRIS COUNTY, TEXAS; CAMERON BREWER**<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:18-CV-1152 |

**JOINT STIPULATION TO EXTEND THE
NON-DISPOSITIVE MOTIONS DEADLINES**

Plaintiff, Marketta Thomas, on Behalf of the Estate of Danny Ray Thomas, and Defendant Harris County, Texas and Cameron Brewer by and through their respective undersigned counsel, submit the following stipulation:

Pursuant to the Seventh Amended Docket Control Order executed by Judge Ewing Werlein, Jr on November 29, 2021, the deadline for all Parties to file their Non-Dispositive Motions is February 21, 2022. All counsel agree that the Non-Dispositive deadline should be extended till after the Dispositive motions have been filed and heard.

THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants, through their respective counsel of record and the Parties hereby request the Court to order, that:

1. The Parties deadline to file their Non-Dispositive Motions will be until June 3, 2022

**IT IS SO STIPULATED**.

DATED: February 22, 2022

                                               Respectfully submitted,

                                               **HILLIARD MARTINEZ GONZALES LLP**

By: */s/ Robert C. Hilliard*
     Robert C. Hilliard
     Federal I.D. 5912
     State Bar No. 09677700
     bobh@hmglawfirm.com

**LEAD ATTORNEY OF RECORD FOR PLAINTIFFS**

John B. Martinez
State Bar No. 24010212
john@hmglawfirm.com
Catherine T. Hilliard
State Bar No. 24013642
catherine@hmglawfirm.com
Marion M. Reilly
State Bar No. 24079195
Federal I.D. 1357491
marion@hmglawfirm.com

**HILLIARD MARTINEZ GONZALES LLP**
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Telephone No.: 361.882.1612
Facsimile No.: 361.882.3015

- and –

Ben Crump
State Bar No. 72583

ben@bencrumplaw.com
Scott Carruthers
State Bar No. 355690
scott@bencrumplaw.com

**BEN CRUMP LAW PLLC**
122 S. Calhoun Street
TALLAHASSEE, FL 32301
*Attorney for Plaintiffs*

- and –

A Vince Colella
Federal I.D. P49747
Moss & Colella, P.C.
28411 Northwestern Hwy, Ste. 1150
Southfield, Michigan 48034
Telephone No.: 248.945.0100
Facsimile No. 248.945.1801

DATED: February 22, 2022

Stan Clark
Senior Assistant County Attorney
Harris County Attorney's Office
1019 Congress Street, 15th Floor
Houston, Texas 77002
Stan.Clark@cao.hctx.net
*Attorneys for Defendant Harris County*

Richard H. Cobb
Law Office of Richard H. Cobb
1035 Dairy Ashford, Suite 315
Houston, Texas 77079
rhcobbsr@aol.com
*Attorney for Defendant Cameron Brewer*