Case 4:18-cv-01152   Document 81   Filed on 02/28/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARKETTA THOMAS, ON BEHALF OF ESTATE OF DANNY RAY THOMAS; DONALD WOODS, INDIVIDUALLY, ADENIKE THOMAS, INDIVIDUALLY; NAISHA BELL, AS NEXT FRIEND OF M.K. THOMAS, INDIVIDUALLY; DIANE TURNER, AS NEXT FRIEND OF B.D. TURNER, INDIVIDUALLY; NECOLE WEST, AS NEXT FRIEND OF D.R. THOMAS (12), INDIVIDUALLY; DENISE MATTHEWS, AS NEXT FRIEND OF D.R. THOMAS, (3), INDIVIDUALLY; RONSHELL HAMPTON, AS NEXT FRIEND OF L.N. HAMPTON, INDIVIDUALLY,  Plaintiffs, v. HARRIS COUNTY, TEXAS; CAMERON BREWER,  Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. H-18-1152 |

## ORDER DENYING STIPULATION

The parties have filed what they denominate a "Joint Stipulation to Extend the Non-Dispositive Motions Deadlines" (Document No. 80). This proposed joint stipulation is not accepted by the Court.[1] It is in the interest of efficient preparation for trial that non-dispositive motions (except motions in limine) be

---

[1] To the extent the proposed stipulation is construed as a motion, it is DENIED both on the merits and for the reason it was not timely filed before the deadline for such motions.

filed by the date that dispositive motions are required. In this case any such motion should have been filed by February 21, 2022, as required in the Seventh Amended Docket Control Order (Document No. 75) entered November 29, 2021.

It is SO ORDERED.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 28TH day of February 2022.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE